AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF _MASSACHUSETTS_

UNITED STATES OF AMERICA
V.

_IVANICE SILVA_

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: _05m 01036 JGD_

I, _IVANICE SILVA_, charged in a ☒ complaint ☐ petition pending in this District _charging her with Conspiracy + receiving false immigration documents_ in violation of _18_, U.S.C. _§ 1546(a), 1028(a)(6) +(c), 371_

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

_____
Defendant

_____
Date

_JW Carney Jr_
Counsel for Defendant