```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
|  | ) |  |
| v. | ) | VIOLATION: 05CR 10126 NG |
|  | ) |  |
| IVANICE SILVA | ) | 18 U.S.C. § 1028(a)(2) – |
|  | ) | Fraud In Connection With |
|  | ) | Identification Documents |

### INFORMATION

**COUNT ONE:**
**18 U.S.C. § 1028(a)(2)**
**(Fraud In Connection With Identification Documents)**

The United States Attorney charges that:

Beginning at least as early as July 6, 2004, and continuing until at least in or about December 6, 2004, in Middlesex, in the District of Massachusetts,

**IVANICE SILVA,**

defendant herein, did knowingly transfer false identification documents, to wit: Social Security Administration account number cards and counterfeit resident alien cards, which appeared to be used by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section

-1-

1028(a)(2).

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:   _____
       S. WAQAR HASIB
       Spec. Assistant U.S. Attorney

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10126 NG**

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. __III__   Investigating Agency __ICE__

City _____   Related Case Information:

County __Middlesex__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant __XXXX__   New Defendant _____
Magistrate Judge Case Number   __05M-1036-JGD__
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   __Ivanice Silva__   Juvenile   [ ] Yes   [X] No

Alias Name   _____

Address   __83 Central Avenue, Apt. #14, Everett, MA 02149__

Birth date (Year only): __1978__   SSN (last 4 #): _____   Sex __F__   Race: __Hispanic__   Nationality: __Brazilian__

Defense Counsel if known:   __Jay W. Carney__   Address: __20 Park Plaza, Suite 800__
   __Boston, MA 02116__

Bar Number: _____

**U.S. Attorney Information:**

AUSA   __Christopher F. Bator__   Bar Number if applicable _____

Interpreter:   [X] Yes   [ ] No   List language and/or dialect:   __Portuguese__

Matter to be SEALED:   [ ] Yes   [ ] No

[ ] Warrant Requested   [ ] Regular Process   [X] In Custody

**Location Status:**

Arrest Date:   __February 17, 2005__

[X] Already in Federal Custody as   __defendant__   in   __United States v. Silva__   .
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by _____   on _____

Charging Document:   [ ] Complaint   [X] Information   [ ] Indictment

Total # of Counts:   [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 16, 2005   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse    05CR 10126 NG

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Ivanice Silva

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1028(a)(2) | Fraud in connection with ID documents | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**