# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CR:05-10126-NG

UNITED STATES
Plaintiff
v.
Ivanice Silva
Defendant

## ORDER AND NOTICE  SETTING ARRAIGNMENT/PLEA  HEARING

<u>Gertner, D.J.</u>                                                                      May 26, 2005

Take notice that the above-entitled case has been scheduled for an arraignment and a plea hearing on **June 10, 2005 at 10:00 am**, in Courtroom #2,  3rd floor, before the Honorable Nancy Gertner.

The parties are advised that the Court will **not accept a plea agreement which requires the defendant to waive his/her appeal rights.**  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that a **copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

By the Court,

/s/ Maryellen Molloy
Deputy Clerk

cc: Ausa Bator
Atty Carney
Pretrial
Probation