UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO. 05-10126-NG |
| ) | |
| IVANICE SILVA ) | |

**DEFENDANT'S ASSENTED-TO MOTION
TO OMIT PRE-SENTENCE INVESTIGATION**

The defendant, Ivanice Silva, moves that this Court omit a pre-sentence investigation, and proceed directly to sentencing following her guilty plea. In support of this motion, the defendant offers the following facts.

The defendant, Ivanice Silva, is charged in a one-count information with possessing false identification documents. They included two "green cards" (Immigration Form I-551) and two counterfeit United States Social Security cards. These documents were sold to an individual who planned to use them to obtain a driver's license.

The defendant is 26 years old, and a citizen of Brazil. She most recently entered the United States on December 27, 2003, with authorization to remain in the United States until no later than June 24, 2004. As a result of over-staying her visit, she has been notified by immigration authorities that she will be removed from the United States at the conclusion of the criminal case. She was arrested in February, 2005, and has been held in custody since then, a period of approximately four months. Ms. Silva has no prior criminal record.

Under the (advisory) Sentencing Guidelines § 2L2.1, she has a Base Offense Level of 11. By promptly pleading guilty, the parties agree that she should receive a two-level reduction for acceptance of responsibility. At Level 9, Criminal History Category I, her sentencing range is 4-10 months. The United States Attorney has acknowledged that the defendant played the most minor role among a group of individuals who were providing false immigration documents to aliens who wanted to obtain driver's licenses. If the Court were to reach the issue, the defendant would argue that she should receive an additional two-level reduction for Minor Role in the offense. This would bring her to Level 7, with a sentencing range of 0-6 months.

The United States and the defendant intend to submit a joint recommendation to the Court that the defendant receive a sentence of time served, and be placed on supervised release with a condition that she leave the United States if ordered to do

so by the Immigration Court, and that she not return without authorization. It is expected that if the recommendation is adopted by the Court, Ms. Silva will be released to the immigration detainer lodged against her and transported to a jail to await removal proceedings. Ms. Silva does not intend to contest her removal.

Both the defendant and the United States agree that this is the rare instance when a full pre-sentence investigation is unnecessary. Alison Lorimer-Cruz of Pre-Trial Services concurs in this view.

WHEREFORE, the defendant moves that this Court omit a pre-sentence investigation, and proceed directly to sentencing following her guilty plea.

        Ivanice Silva
        By Her Attorneys

        CARNEY & BASSIL

        _____

        J. W. Carney, Jr.
        B.B.O. # 074760
        Carney & Bassil
        20 Park Plaza, Suite 1405
        Boston, MA 02116
        617-338-5566

Dated: June 9, 2005