Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. ~~05M-1036-JGD~~ |
| ) | 05cr 10126 |
| IVANICE SILVA   ) | |

## WAIVER OF INDICTMENT

I, **IVANICE SILVA**, the above-named defendant, who is accused of knowingly possessing identification documents or authentication features knowing that such documents were stolen or produced without lawful authority, in violation of 18 U.S.C. § 1028(a)(6), being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on __JUNE 10, 2005__ prosecution by indictment and consent that the proceeding may be

*(Date)*

by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
            Judicial Officer